Appeal dismissed on motion of counsel for the respective parties.

*Austin L. Richardson,* for Appellant.

*E. B. Ellis,* for Appellee.

State of Florida, *ex rel.* Joseph Beiro, Petitioner, v. Will C. Spencer, as Sheriff of Hillsborough County, Florida, Respondent.

Writ of habeas corpus dismissed on motion of counsel for Petitioner.

*Zewadski & Pierce,* for the Motion.

Cadiz, Inc., a Florida corporation, Appellant, v. A. L. Pfau, Jr., and Catherine I. Pfau, his wife, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellees.

*Lambdin & Ramseur,* for Appellant.

*Charles E. Fisher,* for Appellees.

J. H. DuPuis (also known as John G. DuPuis), *et al.,* Appellants, v. M. A. Smith, as Liquidator of Bank of Bay Biscayne, etc., Appellee.

Appeal dismissed on motion of counsel for the respective parties.

*Mitchell D. Price* and *Charles W. Zaring* and *Carl T. Hoffman,* for Appellants.

*John M. Murrell,* for Appellee.